IN RE SHANICE P.*
(AC 20896)

Landau, Flynn and Peters, Js.

Argued June 8—officially released June 12, 2001**

---

* In accordance with the spirit and intent of General Statutes § 46b-142 (b) and Practice Book § 79-3, the names of the parties involved in this appeal are not disclosed. The records and papers of this case shall be open for inspection only to persons having a proper interest therein and upon order of the Appellate Court.

** June 12, 2001, the date that this decision was released as a slip opinion, is the operative date for all substantive and procedural purposes.

*Donald Brown,* pro se, the appellant (respondent father), filed a brief.

*Maureen Regula,* assistant attorney general, with whom, on the brief, were *Richard Blumenthal,* attorney general, and *Susan T. Pearlman,* assistant attorney general, for the appellee (petitioner).

*David P. Gaccione,* for the minor child.

*Opinion*

PER CURIAM. The respondent father appeals from the judgment of the trial court terminating his parental rights with respect to his minor child.[1] We dismiss the appeal because the respondent failed to appear for oral argument.[2]

The appeal is dismissed.

---

[1] Trial counsel for the respondent father, who had been appointed by the court for purposes of trial, moved to withdraw from the case following the judgment rendered by the trial court upon granting the termination petition. The court appointed an attorney to review the record to determine if an appeal was warranted. Substitute counsel concluded that no nonfrivolous issues for appeal existed and declined to pursue an appeal.

The minor child's biological mother consented to the termination of her parental rights conditioned on the court's granting the termination petition against the father.

[2] Members of the court's staff placed telephone calls to the number provided by the respondent father but were unable to communicate with him. The respondent father failed to appear as of the conclusion of this court's docket.

The petitioner, the commissioner of children and families, has consented not to begin adoption proceedings until July 7, 2001.